COPE, J.
(dissenting).
While I share the trial court’s skepticism about the contents of the inmate affidavit provided to defendant-appellant Ronel Oscar, I am unable to say that the record conclusively refutes the defendant’s claim that the affidavit constitutes newly discovered evidence. See Fla. R.App. P. 9.141(b)(2)(D). The trial court denied the claim on the theory that the evidence was not of such a nature that it would probably produce an acquittal on retrial. Jones v. State, 591 So.2d 911, 915 (Fla.1991). “However, ordinarily an evidentiary hearing is required for the trial court to properly determine, in accordance with Jones, whether the newly discovered evidence is of ‘such nature that it would probably pro *887 duce an acquittal on retrial.’ ” McLin v. State, 827 So.2d 948, 956 (Fla.2002).